UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
BARBARA J. ZINNAMON,

                Plaintiff,

-against-

NEW YORK STATE DEPT. OF EDUCATION,

                Defendant.
----------------------------------------------------------x

NOT FOR PUBLICATION

ORDER
08-CV-5149 (ARR) (LB)

BLOOM, United States Magistrate Judge:

On December 10, 2008, plaintiff Barbara J. Zinnamon, appearing *pro se*, filed this action against defendant New York State Department of Education alleging employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, the Age Discrimination and Employment Act of 1967 and the Americans with Disabilities Act. By order dated February 6, 2009, the Honorable Allyne R. Ross, United States District Judge, dismissed this action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff filed a notice of appeal. The United States Court of Appeals for the Second Circuit dismissed plaintiff's appeal as she failed to comply with their order requiring her to petition the Second Circuit for leave to appeal prior to filing any appeal. See Mandate, No. 09-0493-mv (2d Cir. Aug. 21, 2009).

Plaintiff now files a letter dated October 31, 2009, along with attached documents in this closed case. These documents consist of an order from the Second Circuit, the previously-filed notice of appeal, Judge Ross's February order dismissing this case, a letter dated February 6, 2009, and documents relating to cases filed under docket numbers 08-CV-1398 and 08-CV-1399 which are also closed. Apparently, because she has been barred from filing appeals without first seeking permission of the Second Circuit, plaintiff seeks to file the attached documents in this closed case. Filing these documents (some for the second time) and the attached letter in this closed case makes no sense. The Court will take no action on these submissions. Furthermore, the Clerk of Court is directed to return without filing any other papers plaintiff files under this docket number.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: November 16, 2009
      Brooklyn, New York